IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TYRONE D. COLLICK | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JO ANNE B. BARNHART, | : | |
| Commissioner of Social Security | : | NO. 06-1168 |

### ORDER

**AND NOW**, this   day of February, 2007, upon consideration of the pleadings and record herein, and after review of the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter, **IT IS HEREBY ORDERED** that:

1. Plaintiff's objections to the Report and Recommendation (Docket Entry # 15) are **OVERRULED**;

2. The Report and Recommendation is **APPROVED** and **ADOPTED**;[1]

3. Plaintiff's Statement of Issues and Brief, construed as a Motion for Summary Judgment, (Docket Entry # 9) is **DENIED**;

4. The Commissioner's Motion for Summary Judgment (Docket Entry #10) is **GRANTED**.

---

[1] Plaintiff's objections to the Magistrate Judge's Report and Recommendation present no new issues and arguments. The issues and arguments that have been set forth by such objections repeat those set forth in Plaintiff's Statement of Issues and Brief and have been correctly and adequately addressed by the Magistrate Judge's Report and Recommendation, which is now approved and adopted.

5.     **JUDGMENT** is entered in favor of Jo Anne B. Barnhart, Commissioner of the Social Security Administration and against Plaintiff Tyrone D. Collick.

BY THE COURT:

_____
John R. Padova, J.